IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY SIDES, # 116653, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-769-WKW |
| ) | (WO) |
| GWENDOLYN MOSLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

On June 1, 2006, the Magistrate Judge filed a Recommendation (Doc. # 77) in this case, finding that the defendants' motions for summary judgment are due to be granted. The plaintiff filed an objection on June 9, 2006 (Doc. # 79).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The defendants' motions for summary judgment (Docs. # 33, 70 and 71) are GRANTED.

3. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 15th day of June, 2006.

                                  /s/  W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE